# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KELVIN BROWN and DARRELL COLE,<br><br>     Plaintiffs<br><br>   v.<br><br>FRED LOTT CONSTRUCTION CO., INC.,<br><br>     Defendant | CIVIL ACTION FILE NO.<br><br>1:16-cv-02577-RWS |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Darrell Cole and Defendant Fred Lott Construction, Inc., by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal WITHOUT PREJUDICE of Mr. Cole's claim against Defendant in the above-captioned matter.  Each party shall bear its own attorneys' fees and costs.

Respectfully submitted: December 15, 2016.

/s/ James Craig                                             /s/ Stan Kreimer

Counsel for Plaintiffs                                  Counsel for Defendant
Georgia Bar No. 940586                            Georgia Bar No. 429550
james@maysandkerr.com                        stan@johnsonward.com

1

| | |
|---|---|
| **MAYS & KERR, LLC** | **JOHNSON & WARD** |
| 235 Peachtree St NE \| Suite 202 | 2100 The Equitable Building |
| Atlanta, GA 30303 | 100 Peachtree Street, N.W. |
| T: (404) 410 - 7998 | Atlanta, Georgia 30303-1912 |
| F: (877) 813 - 1845 | T: (404) 524 - 2626 |
| | F: (404) 524 - 1769 |

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiff hereby certifies the foregoing has been electronically filed using the CM/ECF system, which will send notification of such filing to all of the counsel of record in this action.

Respectfully submitted: December 15, 2016.

| | |
|---|---|
| **MAYS & KERR, LLC**<br>235 Peachtree St. NE<br>North Tower \| Suite 202<br>Atlanta, GA 30303<br>T: (404) 410 – 7998<br>F: (877) 813 – 1845 | /s/ James Craig<br>James Craig<br>Georgia Bar No. 940586<br>james@maysandkerr.com<br><br>Counsel for the Plaintiff |